FRANKLIN J. LOVE, Bar #80334
LAW OFFICE OF FRANKLIN J. LOVE
800 S. Barranca Ave., Ste. 100
Covina, California 91723
(626)653-0455

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTERTAINMENT BY J&J, INC. | 03-CV-02283-HLH-RZ |
| Plaintiff, | **RENEWAL OF DEFAULT JUDGMENT BY CLERK** |
| vs. | |
| SOLOMON ABERHA individually and doing business as ERRY VEKENTU also known as ERRY BEKENTU COFFEE SHOP also known as ERRY VEKENTU COFFEE SHOP | |
| Defendant | |

Based upon the Application for Renewal of Judgment of the original judgment, and pursuant to F.R.C.P. 69 (a) and C.C.P. 639.110 through 683.320 and good cause appearing, therefore:

The default judgment entered on July 21, 2003 against defendant, **SOLOMON ABERHA individually and doing business as ERRY VEKENTU also known as ERRY BEKENTU COFFEE SHOP also known as ERRY VEKENTU COFFEE SHOP,** is hereby renewed on the amounts

set forth:

**RENEWAL OF MONEY JUDGMENT**

|  |  |
|---|---:|
| a. Total judgment | $6,800.00 |
| b. Costs after judgment | 0.00 |
| c. Attorney fees | 0.00 |
| d. Subtotal (add a thru c) | 6,800.00 |
| e. Credits after Judgment | 0.00 |
| f. Subtotal (substract e from d) | 6,800.00 |
| g. Interest after judgment | 1,554.68 |
| h. Fee for filing renewal | 0.00 |
| i. **Total renewed judgment** | **$8,354.68** |

DATED: September 26, 2012        Clerk by    Lori Muraoka, Deputy Clerk
                                              U.S. District Court